United States District Court
Southern District of Texas
**ENTERED**
November 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YVONNE CLAYTON, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:24-CV-01730 |
| KHOURY FAMILY PARTNERSHIP, L.P., | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL ON NOTICE

Plaintiff in the above styled and numbered cause of action has filed a notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Dkt. No. 7).

Accordingly, it is Ordered that this case is dismissed without prejudice.

SIGNED on November 18, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge